CAUSE NO. 2014-CI-11941

| | | |
|---|---|---|
| PAUL DOUGLAS HARLAN | * | IN THE DISTRICT COURT |
| PLAINTIFF | * | |
| | * | |
| VERSUS | * | 150TH JUDICIAL DISTRICT |
| | * | |
| DR. JUSTIN BRAZEAL, M.D., | * | |
| DR. WILLIAM B. BELL, M.D., | * | |
| DR. MATTHEW NAPIERALA, M.D, | * | |
| AND BEXAR COUNTY HOSPITAL | * | |
| DISTRICT d/b/a | * | BEXAR COUNTY, TEXAS |
| UNIVERSITY HEALTH SYSTEM | | |
| DEFENDANTS | | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/10/2015 9:00:31 PM
KEITH E. HOTTLE
Clerk

## AFFIDAVIT BY CAMERON EHSANI-LANDRY

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared, CAMERON EHSANI-LANDRY, who after being duly sworn did depose and state the following:

1. My name is Cameron Ehsani-Landry. I am full age of majority and a resident of the State of Louisiana.

2. I am an attorney, and my license number is LSBA 32541.

3. I was retained by Mr. Paul D. Harlan to represent him in health care liability claim against DR. JUSTIN BRAZEAL, M.D., DR. WILLIAM B. BELL, M.D., DR. MATTHEW NAPIERALA, M.D, and BEXAR COUNTY HOSPITAL DISTRICT d/b/a UNIVERSITY HEALTH SYSTEM.

4. Mr. Paul Saputo Jr., Texas Bar No. 24083792, is also an attorney, who represents Mr. Paul D. Harlan in the above entitled case.

5. On or about May 19, 2014 Mr. Harlan sent a notice of his claims and authorization form to all defendants in this case.

6. On or about June 4, 2014 I received a copy of a letter from Mr. Timothy Boughal, the health law attorney at the office of general counsel of the University of Texas System.

7. According to the said letter, Mr. Harlan's health claim to all defendants has been referred to Mr. Boughal for evaluation and management.

8. To obtain an expert opinion with regard to applicable standards of care, the manner in which the care that was rendered by physicians and/or health care provider failed to meet standards, and the causal relationship between that failure and injury, harm, and/or damages claimed, I have hired Dr. Richard G. Bush, M.D., P.A.

9. On July 16, 2014 I received a report prepared by Dr. Richard G. Bush, M.D., P.A., who evaluated Mr. Harlan's medical records provided by UHS and VA Hospital, San Antonio.

10. On July 17, 2014 I sent the copy of Dr. Buch's report to Mr. Boughal.

11. On July 30, 2014 Plaintiff's Original Petition was filed in the District Court, 150th Judicial District, Bexar County, Texas, cause No. 2014-CI-11941.

12. On August 21, 2014 Defendant, Bexar County Hospital District d/b/a University Health System (hereinafter "UHS") filed its Original Answer and Plea in Abatement.

13. The counsel for UHS is Ms. Laura A. Cavaretta, Texas State Bar No. 04022820.

14. Original Answer and Plea in Abatement filed by UHS included a claim for insufficiency of provided authorization form. Since Plaintiff did not send any additional forms but those that were transferred to Mr. Boughal, it is clear that Mr. Boughal has delivered all files to the designated counsel for UHS, Ms. Cavaretta. That file also included a copy of Dr. Buch's report and other documents that were sent on July 17, 2014.

15. After Answer by UHS was filed, I have sent to Ms. Cavaretta additional authorization form to cure claimed deficiency of the previous one. I have also sent to Ms. Cavaretta a copy of Dr. Buch' report and his CV.

16. Authorization form was sent via certified mail. Dr. Buch's report and CV were sent via regular mail.

17. I have had a phone conversation with Ms. Cavaretta discussing the standard of Authorization form as well as details of Dr. Bush's expert report.

18. Since that time, I have had phone communications with the counsel for UHS involving lawsuit matters a couple of times.

19. UHS has not filed any objection to the sufficiency of the Dr. Bush's report.

20. On December 29, 2014 UHS filed Motion to Dismiss claiming not receiving expert's report.

21. On January 5, 2015 I sent a letter to the counsel for UHS via electronic mail and certified mail. This letter reminded Ms. Cavaretta our phone conversation discussing the details of Dr. Buch's report that was sent months before the deadline for its submission. Dr. Buch's report and CV were sent again this time via certified mail.

22. On January 5, 2015 I had a phone conversation with the counsel for UHS. During that conversation I reminded Ms. Cavaretta all the facts with connection to our expert's

documents. Ms. Cavaretta stated that she has not received report and/or CV, which I have sent last fall.

23. On February 6, 2015 I received updated report by Dr. Buch, copy of which was sent to Ms. Cavaretta the same day.

24. I am aware of requirements of §74.351(a) of Texas Civil Practice and Remedies Code.

25. I certify that expert report prepared by Dr. Buch as well as his curriculum vitae were deposited by me in the mail, postpaid and properly addressed to be received by Ms. Cavaretta, the counsel on record for UHS.

Cameron Ehsani-Landry

WITNESSES:

SWORN TO AND SUBSCRIBED, before me, Notary Public, on this __20__ day of

February, 2015.

Notary Public

WEISER LAW FIRM
3801 Canal St., Suite 205
New Orleans, LA 70119

3